Emerentiana Frith and Sarah H. Frith, Respondents, v. The People's Trust Company, as Administrator, etc., of Francis E. Frith, Deceased, Defendant, and Anna Frith, as Administratrix, etc., of Francis E. Frith, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., dissented on the ground that the whole case should have been submitted to the jury.

Aspero Gambino, an Infant, by Pietro Gambino, His Guardian ad Litem, Appellant, v. Francesco Romeo, Respondent.— Order in so far as appealed from affirmed, and plaintiff's exceptions overruled, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Mary Geoghagan, Respondent, v. Annie A. Pratt, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Joseph W. Gilder, Respondent, v. Moses Lindheim, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Benjamin E. Goodale, Respondent, v. John B. Carey, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

James A. Halley, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs, on the authority of Vroom v. N. Y. C. & H. R. R. R. Co. (129 App. Div. 858). Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Katie Hess, as Administratrix, etc., of Lizzie Hoffman, Deceased, Respondent, v. John Krach, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff's intestate did not own the property, and, moreover, she never made a deed of it to the defendant. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Max Hirsch, Respondent, v. Adolph Horowitz, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the first set of plans was never approved by the tenement house department, and that the defendant never authorized the plan for the corner house alone. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Frederick Horstman, Respondent, v. Marx Hartman, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Frances E. Irwin, Respondent, v. Westchester Fire Insurance Company of New York, Appellant, Impleaded with Emma D. Rose and William F. Cassedy, as Executors and Trustees, etc., of Hieland C. Rose, Deceased.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.